# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-CV-20455-FAM

GVB, MD, LLC d/b/a MIAMI BACK AND
NECK SPECIALISTS,

    Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC. d/b/a FLORIDA BLUE,

    Defendant.
_____/

## DECLARATION OF ANGELA SILVA

I, Angela Silva, declare as follows:

1. I am over the age of 18 years old and competent to testify to the following facts, of which I have personal knowledge.

2. I am employed as the Manager of Member Services at the Blue Cross and Blue Shield Association, which administers the Service Benefit Plan, which is one of the federal government's health benefits plans for federal employees, retirees, and their dependents, and which is also known as the Federal Employee Program ("FEP") or FEP. As the Manager of Member Services for FEP, I have access to the enrollment records of those individuals enrolled in the Service Benefit Plan.

3. I have reviewed the spreadsheet of alleged underpaid or unpaid medical claims attached as Exhibit A to the Plaintiff's Complaint (ECF No. 1) in this action. I have verified that the two individuals identified on that spreadsheet who have a "Member ID" with the prefix "R,"

which is an identifier unique to the Service Benefit Plan, were enrolled in the Service Benefit Plan during the date(s) of service identified for each such member.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2019.

_____
Angela Silva